FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

2018 FEB 20 PM 4:31

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN RE: ADA CASES FILED BY
THOMAS B. BACON, PA, THOMAS B.
BACON, PHILIP M. CULLEN, III,
AARON FINESILVER, CHRISTINE N.
FAILEY, AND BARRY S.
MITTELBERG.

Case No. 6:18-mc-14-Orl-31DCI

## ORDER

To: THOMAS B. BACON, PA, THOMAS B. BACON, PHILIP M. CULLEN, III, AARON FINESILVER, CHRISTINE N. FAILEY, AND BARRY S. MITTELBERG:

The law firm of Thomas B. Bacon, PA and its lawyers/co-counsel have filed numerous ADA cases in this court over the past few years. In its attempt to efficiently deal with these cases, the Court has been using a streamlined case management procedure with which the Court expects strict compliance. Notwithstanding this admonition, the Bacon law firm and its lawyers/co-counsel routinely fail to comply with the Court's orders. During 2017, for example, there were 23 show cause orders issued with respect to their representation of Patricia Kennedy in the Orlando division of this court (see Exhibit "A" attached hereto).

Upon consideration of the above, it is

**ORDERED** that:

1. The Clerk shall open a miscellaneous docket in this matter over which United States District Judge Gregory A. Presnell will preside; and


2. The matter is referred to United States Magistrate Judge Daniel C. Irick for issuance of an appropriate show cause order and recommendation to the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2018.

_____
ROY B. DALTON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

## EXHIBIT "A"

**Kennedy ADA Cases - Show Cause and Non-Compliance Orders Entered in 2017 Involving Thomas B. Bacon, et al.**

| Case Number | Judge | Date | Doc. No. | Reason | Plaintiff's Counsel |
|---|---|---|---|---|---|
| 16-1851 | Mendoza | 4/20/2017 | 10 | Non-appearance at hearing | Cullen |
| 16-2208 | Presnell | 1/18/2017 | 6 | Related Case Order/Interested Persons Order | **Cullen**/Bacon |
| 16-2208 | Presnell | 5/22/2017 | 11 | Rule 4(m) | **Cullen**/Bacon |
| 17-90 | Antoon | 7/24/2017 | 22 | Non-appearance at hearing | **Cullen**/Bacon |
| 17-90 | Spaulding | 9/6/2017 | 30 | Notice of mediator | **Cullen**/Bacon |
| 17-271 | Antoon | 8/4/2017 | 24 | Clerk Default 1.07(b) | **Finesilver**/Bacon |
| 17-284 | Mendoza | 3/13/2017 | 6 | Related Case Order/Interested Persons Order | **Finesilver**/Bacon |
| 17-303 | Byron | 3/16/2017 | 7 | Related Case Order/Answers to Interrogatories | **Cullen**/Bacon |
| 17-593 | Mendoza | 10/2/2017 | 15 | Mediation Report not filed | **Cullen**/Bacon |
| 17-595 | Presnell | 6/1/2017 | 12 | Answer to Interrogatories | **Finesilver**/Bacon |
| 17-641 | Dalton | 9/18/2017 | 12 | Mediation Report not filed | **Cullen**/Bacon |
| 17-732 | Byron | 8/30/2017 | 21 | Rule 4(m) | **Finesilver**/Bacon |
| 17-735 | Presnell | 12/4/2017 | 21 | Mediation Report not filed | **Finesilver**/Bacon |
| 17-780 | Dalton | 10/3/2017 | 16 | Mediation Report not filed | **Finesilver**/Bacon |
| 17-844 | Dalton | 11/6/2017 | 16 | Mediation Report not filed | **Enfield**/Bacon |
| 17-964 | Presnell | 10/25/2017 | 24 | Mediation Report not filed | **Finesilver**/Bacon |
| 17-1186 | Byron | 7/17/2017 | 8 | Related Case Order/Interested Persons Order/Answers to Interroga | **Finesilver**/Bacon |
| 17-1186 | Byron | 12/5/2017 | 20 | Rule 4(m) | **Finesilver**/Bacon |
| 17-1188 | Mendoza | 11/27/2017 | 10 | Rule 4(m) | **Cullen**/Bacon |
| 17-1189 | Byron | 7/17/2017 | 9 | Answer to Interrogatories | Cullen |
| 17-1315 | Presnell | 12/18/2017 | 7 | Rule 4(m) | **Mittelberg/Failey**/Bacon |
| 17-1987 | Presnell | 12/18/2017 | 6 | Related Case Order | **Finesilver**/Bacon |
| 17-2102 | Conway | 12/12/2017 | 4 | Respond to show cause order (re: venue) | **Finesilver**/Bacon |