# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: ADA Cases**

Case No: 6:18-mc-14-Orl-31DCI

## ORDER

TO: AYESA CONGER, ERIC MATTHEW RODRIGUEZ, JOSHUA HOWARD SHESKIN, MARIO ELIAS LOPEZ, RAFAEL VIEGO

The lawyers listed above have filed numerous ADA cases in this Court representing Patricia Kennedy and Doug Longhini. In its attempt to efficiently deal with these cases, the Court has been using a streamlined case management procedure with which the Court expects strict compliance. Notwithstanding this admonition, these lawyers routinely fail to comply with the Court's orders. During 2017, for example, there were 23 show cause orders issued with respect to these cases in the Orlando Division of this Court. (*See* Exhibit "A" attached hereto).

Upon consideration of the above, it is

**ORDERED** that these cases are added to this miscellaneous docket and referred to Magistrate Judge Irick for issuance of an appropriate order to show cause and recommendation to the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party