# EXHIBIT "A"

## Kennedy and Longhini ADA Cases - Show Cause and Non-Compliance Orders Entered in 201 Involving Ayesa Conger, et al.

| Case Number | Plaintiff | Judge | Date | Doc. No. | Reason | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 16-2128 | Kennedy | Conway | 3/16/2017 | 31 | Amend. Cmp. not filed | Viego |
| 16-2128 | Kennedy | Conway | 12/7/2017 | 54 | Mediation Report not filed | **Conger**/Sheskin/Lopez |
| 17-448 | Kennedy | Conway | 8/11/2017 | 22 | Rule 4(m) | Sheskin/Rodriguez |
| 17-448 | Kennedy | Conway | 8/29/2017 | 29 | Ans. to Int. | Sheskin/Lopez |
| 17-448 | Kennedy | Conway | 9/19/2017 | 31 | Respond to SCO (Ans. to Int) | **Conger**/Sheskin/Lopez |
| 17-449 | Kennedy | Conway | 8/29/2017 | 35 | Ans. to Int. | **Conger**/Sheskin/Lopez |
| 17-449 | Kennedy | Conway | 9/19/2017 | 36 | Respond to SCO (Ans. to Int) | **Conger**/Sheskin/Lopez |
| 17-450 | Kennedy | Conway | 12/7/2017 | 36 | Mediation Report not filed | **Conger**/Sheskin/Rodriguez |
| 17-452 | Kennedy | Conway | 12/7/2017 | 28 | Mediation Report not filed | **Conger**/Sheskin/Lopez |
| 17-453 | Kennedy | Conway | 12/7/2017 | 31 | Mediation Report not filed | **Conger**/Sheskin/Lopez |
| 17-454 | Kennedy | Presnell | 8/30/2017 | 30 | Rule 4(m) | Sheskin/Lopez |
| 17-455 | Kennedy | Presnell | 7/18/2017 | 20 | Clerk Default 1.07(b) | Sheskin/Rodriguez |
| 17-550 | Kennedy | Presnell | 6/5/2017 | 24 | Ans. to Int. | Sheskin/Rodriguez |
| 17-1015 | Longhini | Byron | 6/27/2017 | 9 | RCO/IPO/Ans. to Int. | **Sheskin**/Lopez/Rodriguez |
| 17-1019 | Longhini | Byron | 6/28/2017 | 7 | RCO/IPO/Ans. to Int. | **Sheskin**/Lopez/Rodriguez |
| 17-1020 | Longhini | Presnell | 9/29/2017 | 13 | Rule 4(m) | Lopez |
| 17-1021 | Longhini | Dalton | 11/16/2017 | 26 | Mediation Report not filed | **Conger**/Sheskin/Lopez |
| 17-1443 | Longhini | Mendoza | 10/5/2017 | 15 | RCO/IPO | Lopez |
| 17-1445 | Longhini | Presnell | 8/30/2017 | 14 | RCO/IPO | Sheskin/**Lopez** |
| 17-1445 | Longhini | Presnell | 9/29/2017 | 19 | Ans. to Int. | Sheskin/**Lopez** |
| 16-1440 | Longhini | Presnell | 6/15/2017 | 35 | Mediation Report not filed | Sheskin/**Viego** |
| 16-1441 | Longhini | Presnell | 2/15/2017 | 19 | Failure to file settlement agreement as ordered | Viego |
| 16-1443 | Longhini | Byron | 4/28/2017 | 39 | Failure to file Notice of Settlement per bench order | Viego |

**7**