# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re: ADA Cases                      Case No: 6:18-mc-14-Orl-31DCI

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte* pursuant to the Orders initiating these proceedings. *See* Docs. 1; 2; 3.

On February 20, 2018, United States District Judge Roy B. Dalton, Jr. entered an Order directing the initiation of proceedings concerning the conduct of the law firm of Thomas B. Bacon, P.A. and certain of its lawyers and co-counsel in litigation in this District involving the Americans with Disabilities Act (ADA). Doc. 1. According to the Order, Senior United States District Judge Gregory A. Presnell will preside over these proceedings, and this matter is referred to the undersigned United States Magistrate Judge for issuance of an appropriate show cause order and recommendation to the Court. *Id.* This is that show cause order.

In subsequent Orders, Judge Presnell identified eleven additional attorneys litigating ADA cases in this District who are to be the subject of these proceedings. Docs. 2; 3.

In the Orders, the district judges explained that counsel "have filed numerous ADA cases in this court over the past few years. In its attempt to efficiently deal with these cases, the Court has been using a streamlined case management procedure with which the Court expects strict compliance. Notwithstanding this admonition, [counsel] routinely fail to comply with the Court's orders." Docs. 1; 2; 3. The district judges noted in the Orders that, in 2017 for example, there were 23 show cause orders issued with respect to counsel's representation of their clients in ADA cases in the Orlando Division of this District. *Id.* As it now stands, this Order to Show Cause

relates to the law firm of Thomas B. Bacon, P.A. and attorneys Thomas B. Bacon, Philip M. Cullen, III, Aaron Finesilver, Christine N. Failey, Barry S. Mittelberg, Ayesa Conger, Eric Matthew Rodriguez, Joshua Howard Sheshkin, Mario Elias Lopes, Rafael Viego, Nadine A. Brown, Andrew C. Enfield, William T. Leveille, II, Michael Christine, Anthony J. Perez, and Alfredo Miguel Garcia-Menocal (collectively referred to as Counsel). *Id.* In most, but not all, of the cases at issue, Counsel has represented Patricia Kennedy or Douglas Longhini.

The Court has been lenient in tolerating Counsel's repeated non-compliance with the rules and orders of this Court. The Court has continually and routinely directed Counsel to comply with standing orders and the rules of this Court, and has, on occasion, admonished Counsel in relation to their conduct and cautioned that further non-compliance would not be tolerated. *See, e.g., Kennedy v. Hawkins et al.*, Case No. 6:17-cv-419-CEM-DCI, at Doc. 64 (M.D. Fla. Jan. 26, 2018); *Kennedy v. Skyview Paza, LLC*, Case No. 6:17-cv-448-ACC-KRS, at Doc. 42 (M.D. Fla. Jan. 24, 2018); *National Alliance for Accessibility v. Fort Gaitlin Shopping Center, LLC*, Case No. 6:13-cv-1082-RBD-DAB, at Doc. 33 (M.D. Fla. Mar. 21, 2014).

While the Court has expressed its frustration with Counsel's practices – often in the context of dismissing a complaint or severing parties – the true toll exacted by Counsel's failings is best quantified by the sheer number of orders the Court has been required to file to force Counsel to comply with their existing obligations. Indeed, in the past five years (from 2013 through 2018), just in the Orlando Division of this District, **Counsel have collectively been the subject of negative orders on at least 217 occasions**. *See* Chart attached hereto as Exhibit 1. Those negative orders include show cause orders (for failures to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, the ADA Scheduling Order, and other orders of the Court), orders directing compliance with an existing court orders and rules, involuntary dismissals for failures to

follow court orders, and admonitions within other orders. Also disturbing is Counsel's repeated filing of vague, boiler-plate complaints – often improperly joining multiple defendants – that fail to comply with the Federal Rules of Civil Procedure, despite numerous negative orders directed to those deficient pleadings. *See, e.g., Kennedy v. Roseland Plaza LLC*, Case No. 6:17-cv-735-GAP-DCI, at Doc. 10 (M.D. Fla. June 2, 2017) ; *Kennedy v. Palm Harbor Assoc., Inc. et al.*, Case No. 6:17-cv-734-RBD-KRS, at Doc. 8 (M.D. Fla. May 3, 2017).

In many cases, Counsel's response to a negative order has simply been the dismissal of the action or the filing of a notice of settlement; responses that raise concerns to the Court. Even more troubling, in other cases Counsel have simply abandoned the prosecution of the case by failing to file an amended complaint within a required deadline or by failing to respond to an order to show cause. *See, e.g., Kennedy v. Ichikoshi USA, Inc., et al.*, Case No. 17-cv-550-GAP-DCI, at Doc. 27 (M.D. Fla. June 27, 2017); *Kennedy v. IMDAD Haider IRA, LLC et al.*, Case No. 6:17-cv-454-GAP-KRS, at Doc. 31 (M.D. Fla. Sept. 20, 2017).

In particular, Counsel have been subject to the following negative orders:

1. Thomas B. Bacon: 61 negative orders;

2. Philip M. Cullen, III: 31 negative orders;

3. Aaron Finesilver: 23 negative orders;

4. Christine N. Failey: 7 negative orders;

5. Barry S. Mittelberg: 2 negative orders;

6. Ayesa Conger: 61 negative orders;

7. Eric Matthew Rodriguez: 65 negative orders;

8. Joshua Howard Sheskin: 83 negative orders;

9. Mario Elias Lopez: 63 negative orders;

10. Rafael Viego: 56 negative orders;

11. Nadine A. Brown: 5 negative orders;

12. Andrew C. Enfield: 7 negative orders;

13. William T. Leveille, II: 23 negative orders;

14. Michael Christine: 8 negative orders;

15. Anthony J. Perez: 54 negative orders;

16. Alfredo Miguel Garcia-Menocal: 35 negative orders;

*See* Exhibit 1.[1] These negative orders – most simply seeking compliance with existing orders and rules – have wasted untold judicial resources, and the Court cannot readily determine why these Counsel, in particular, refuse to come into regular compliance.

Unfortunately, Counsel seem to have ignored the Court's warnings and admonishments. It is apparent that Counsel have taken no real efforts to ensure compliance with this Court's orders and the rules of this Court. So the Court now calls Counsel to task for their repeated violations and will determine whether (and how) Counsel should be sanctioned or, alternatively, how compliance with the Court's orders and rules can be obtained.

To be clear, this proceeding should not be viewed as an attempt to prohibit the filing of ADA cases. Instead, this proceeding focuses on the counsel who bring such actions and their repeated failure to comply with the Federal Rules of Civil Procedure, the Court's Local Rules, and the orders of the Court, as well as common deficiencies found in the ADA complaints filed by Counsel.

---

[1] This list covers orders filed by the Court between April 1, 2013 and March 30, 2018. The Court is aware that additional negative orders have been entered in ongoing ADA cases involving some of the foregoing counsel. The Court, though, has not included those cases on the chart attached to this Order, because the chart contains ample evidence to justify the Court's action in this matter.

It is well-settled that a court may discipline or sanction an attorney for failure to comply with the court's orders. *See, e.g., Wouters v. Martin County, Fla.*, 9 F.3d 924, 933 (11th Cir. 1993) ("district courts have broad powers under the rules to impose sanctions for a party's failure to abide by court orders . . ."). Pursuant to the Local Rules of this Court, a member of the bar of this Court "may, after hearing and for good cause shown, be disbarred, suspended, reprimanded or subjected to such other discipline as the Court may deem proper." Local Rule 2.04(a). Counsel have repeatedly failed to comply with multiple Court orders.

Thus, it is **ORDERED** that, **on or before May 29, 2018,** Counsel shall individually show cause in writing:

1) Why Counsel repeatedly fail to comply with the Court's orders and the rules of this Court;

2) What sanctions can or should be imposed as a result of those failures;

3) Why Counsel should not be banned from filing additional ADA cases before this Court; and

4) In the alternative, what steps can and will be taken immediately to ensure future compliance with this Court's orders and the rules of this Court.

Each attorney and law firm subject to this Order to Show Cause shall file a separate response on or before the date provided. Thereafter, this Court will schedule a hearing for each law firm and attorney to address the issues outlined above. A failure to respond to this Order to Show Cause in the time provided will result in the imposition of sanctions, which may include a monetary fine and referral to the Grievance Committee of this Court for a recommendation of appropriate disciplinary action.

In addition to service via the Court's CM/ECF system, the Clerk is directed to send a copy of this Order to all parties via U.S. Mail.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

| # | Case No. | Plaintiff | Counsel | Order | Judge | Date | Doc. No. |
|---|---|---|---|---|---|---|---|
| 1 | 13-cv-1082 | National Alliance for A | Perez/Cuarda | OTSC | DAB | 11/15/2013 | Doc. 21 |
| 2 | 13-cv-1082 | National Alliance for A | Perez/Cuarda | RR on Motion to Dismiss (Adopted) | DAB/RBD | 12/4/2013, 12/30/2013 | Docs. 24, 27 |
| 3 | 13-cv-1082 | National Alliance for A | Perez/Cuarda | OTSC | RBD | 3/12/2014 | Doc. 30 |
| 4 | 13-cv-1082 | National Alliance for A | Perez/Cuarda | Order | RBD | 3/21/2014 | Doc. 33 |
| 5 | 13-cv-1083 | National Alliance for A | Perez/Cuarda | Order | CEH | 2/10/2014 | Doc. 20 |
| 6 | 13-cv-1083 | National Alliance for A | Perez/Cuarda | Order | DAB | 5/21/2014 | Doc. 22 |
| 7 | 13-cv-1083 | National Alliance for A | Perez/Cuarda | OTSC | PGB | 8/25/2014 | Doc. 26 |
| 8 | 13-cv-1084 | National Alliance for A | Perez/Cuarda | Order | RBD | 12/31/2013 | Doc. 11 |
| 9 | 13-cv-1084 | National Alliance for A | Perez/Cuarda | OTSC | RBD | 2/21/2014 | Doc. 21 |
| 10 | 13-cv-1084 | National Alliance for A | Perez/Cuarda | Order | RBD | 3/5/2014 | Doc. 22 |
| 11 | 13-cv-1085 | National Alliance for A | Perez/Cuarda | OTSC | RBD | 11/19/2013 | Doc. 10 |
| 12 | 13-cv-1085 | National Alliance for A | Perez/Cuarda | Order | RBD | 12/4/2013 | Doc. 11 |
| 13 | 13-cv-1086 | National Alliance for A | Perez/Cuarda | Order to Strike | RBD | 3/18/2014 | Doc. 24 |
| 14 | 13-cv-1086 | National Alliance for A | Perez/Cuarda | OTSC | RBD | 3/20/2014 | Doc. 28 |
| 15 | 13-cv-1423 | National Alliance for A | Perez/Cuarda | OTSC | CEH | 10/10/2013 | Doc. 7 |
| 16 | 13-cv-1587 | Stringham | Albo/Bacon | Order on Motion to Dismiss | RBD | 5/28/2014 | Doc. 34 |
| 17 | 13-cv-1590 | Stringham | Albo/Bacon | Order on Motion to Dismiss | JA | 12/31/2013 | Doc. 17 |
| 18 | 13-cv-165 | Houston | Cullen | Order | JA | 6/5/2013 | Doc. 14 |
| 19 | 13-cv-246 | Houston | Cullen/Bacon | Order | JA | 6/21/2013 | Doc. 24 |
| 20 | 13-cv-322 | National Alliance for A | Cullen | OTSC | PCF | 4/2/2013 | Doc. 5 |
| 21 | 13-cv-322 | National Alliance for A | Cullen | OTSC | PCF | 7/8/2013 | Doc. 17 |
| 22 | 13-cv-505 | National Alliance for A | Cullen | OTSC | GAP | 4/24/2013 | Doc. 5 |
| 23 | 13-cv-505 | National Alliance for A | Cullen | OTSC | GAP | 9/5/2013 | Doc. 8 |
| 24 | 13-cv-505 | National Alliance for A | Cullen | OTSC | DAB | 12/16/2013 | Doc. 13 |
| 25 | 13-cv-955 | National Alliance for A | Cullen | OTSC | CEH | 7/19/2013 | Doc. 15 |
| 26 | 13-cv-955 | National Alliance for A | Cullen | Order | TBS | 8/13/2013 | Doc. 22 |
| 27 | 14-cv-1548 | National Alliance for A | Menocal/Perez | OTSC | GAP | 1/21/2015 | Doc. 11 |
| 28 | 14-cv-1548 | National Alliance for A | Menocal/Perez | Order | TBS | 4/18/2015 | Doc. 17 |
| 29 | 14-cv-1550 | National Alliance for A | Menocal/Perez | OTSC | GAP | 1/7/2015 | Doc. 17 |
| 30 | 14-cv-69 | National Alliance for A | Perez/Cuarda | OTSC | RBD | 3/25/2014 | Doc. 12 |
| 31 | 14-cv-70 | National Alliance for A | Perez/Cuarda | OTSC | CEH | 2/14/2014 | Doc. 8. |
| 32 | 14-cv-70 | National Alliance for A | Perez/Cuarda | Order | CEH | 3/12/2014 | Doc. 10 |
| 33 | 14-cv-72 | National Alliance for A | Menocal/Perez/Cuarda | OTSC | GJK | 3/18/2014 | Doc. 24 |
| 34 | 14-cv-72 | National Alliance for A | Menocal/Perez/Cuarda | Order | RBD | 3/25/2014 | Doc. 25 |
| 35 | 14-cv-886 | Stringham | Albo/Bacon | OTSC | PGB | 9/25/2014 | Doc. 16 |
| 36 | 15-cv-1544 | Larkin | Menocal/Perez | OTSC | PGB | 1/25/2016 | Doc. 18 |
| 37 | 15-cv-1544 | Larkin | Menocal/Perez | OTSC | PGB | 3/15/2017 | Doc. 43 |
| 38 | 15-cv-1544 | Larkin | Menocal/Perez | Order | KRS | 4/14/2017 | Doc. 53 |
| 39 | 15-cv-1544 | Larkin | Menocal/Perez | RR on Motion for Default Judgment (Adopted) | KRS/PGB | 5/31/17, 6/21/17 | Docs. 61, 62 |
| 40 | 15-cv-434 | Larkin | Albo/Bacon | Order | RBD | 8/6/2015 | Doc. 17 |
| 41 | 15-cv-435 | Larkin | Albo/Bacon | OTSC | ACC | 6/24/2015 | Doc. 15 |
| 42 | 15-cv-761 | Larkin | Albo/Bacon | OTSC | GAP | 8/17/2015 | Doc. 14 |
| 43 | 15-cv-824 | Larkin | Menocal/Perez | OTSC | GAP | 6/15/2015 | Doc. 7 |
| 44 | 16-cv-1440 | Longhini | Conger/Sheskin/Lopez/Viego/Leveille | OTSC | GAP | 1/4/2017 | Doc. 17 |
| 45 | 16-cv-1440 | Longhini | Conger/Sheskin/Lopez/Viego/Leveille | Order | GJK | 6/20/2017 | Doc. 37 |
| 46 | 16-cv-1440 | Longhini | Conger/Sheskin/Lopez/Viego/Leveille | Order | GJK | 8/21/2017 | Doc. 41 |

| # | Case | Plaintiff | Defendants | Type | Judge | Date | Doc |
|---|---|---|---|---|---|---|---|
| 47 | 16-cv-1440 | Longhini | Conger/Sheskin/Lopez/Viego/Leveille | Order | GAP | 10/2/2017 | Doc. 45 |
| 48 | 16-cv-1441 | Longhini | Viego | OTSC | GAP | 2/15/2017 | Doc. 19 |
| 49 | 16-cv-1442 | Longhini | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | Order to Strike | TBS | 11/30/2017 | Doc. 58 |
| 50 | 16-cv-1443 | Longhini | Sheskin/Viego | Order | DCI | 10/19/2016 | Doc. 23 |
| 51 | 16-cv-1443 | Longhini | Sheskin/Viego | OTSC | PGB | 4/28/2017 | Doc. 39 |
| 52 | 16-cv-1444 | Longhini | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | PGB | 12/12/2016 | Doc. 17 |
| 53 | 16-cv-1444 | Longhini | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | GJK | 9/28/2017 | Doc. 37 |
| 54 | 16-cv-146 | Payne | Menocal/Perez | OTSC | ACC | 11/16/2016 | Doc. 19 |
| 55 | 16-cv-1849 | Kennedy | Cullen | Order to Strike | PGB | 1/17/2017 | Doc. 16 |
| 56 | 16-cv-1849 | Kennedy | Cullen | Order on Motion to Dismiss | PGB | 3/2/2017 | Doc. 19 |
| 57 | 16-cv-1851 | Kennedy | Cullen | OTSC | CEM | 4/20/2017 | Doc. 10 |
| 58 | 16-cv-1868 | Payne | Perez | Order to Strike | ACC | 12/9/2016 | Doc. 15 |
| 59 | 16-cv-1938 | Payne | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | CEM | 5/15/2017 | Doc. 21 |
| 60 | 16-cv-1938 | Payne | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 30 |
| 61 | 16-cv-1940 | Payne | Rodriguez/Sheskin/Viego | Order | KRS | 4/6/2017 | Doc. 22 |
| 62 | 16-cv-1941 | Payne | Rodriguez/Sheskin/Viego | OTSC | GAP | 12/28/2016 | Doc. 18 |
| 63 | 16-cv-1941 | Payne | Rodriguez/Sheskin/Viego | Order | GAP | 4/5/2017 | Doc. 22 |
| 64 | 16-cv-1941 | Payne | Rodriguez/Sheskin/Viego | Order | GAP | 6/7/2017 | Doc. 30 |
| 65 | 16-cv-1941 | Payne | Rodriguez/Sheskin/Viego | OTSC | GAP | 6/28/2017 | Doc. 31 |
| 66 | 16-cv-2128 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | KRS/KRS/ACC | 12/15/2016, 1/26/2017, 2/14/2017 | Docs. 10, 25, 29 |
| 67 | 16-cv-2128 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 3/6/2017 | Doc. 31 |
| 68 | 16-cv-2128 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 49 |
| 69 | 16-cv-2128 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 12/7/2017 | Doc. 54 |
| 70 | 16-cv-2128 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | ACC | 1/24/2018 | Doc. 58 |
| 71 | 16-cv-2208 | Kennedy | Cullen/Bacon | OTSC | GAP | 5/22/2017 | Doc. 11 |
| 72 | 16-cv-2208 | Kennedy | Cullen/Bacon | Order on Motion to Dismiss | GAP | 11/8/2017 | Doc. 37 |
| 73 | 17-cv-1002 | Houston | Enfield/Bacon | Order | CEM | 6/23/2017 | Doc. 10 |
| 74 | 17-cv-1002 | Houston | Enfield/Bacon | Order to Strike | GJK | 7/11/2017 | Doc. 17 |
| 75 | 17-cv-1015 | Longhini | Conger/Sheskin/Lopez/Rodriguez | OTSC | PGB | 6/27/2017 | Doc. 9 |
| 76 | 17-cv-1015 | Longhini | Conger/Sheskin/Lopez/Rodriguez | Order | DCI | 10/11/2017 | Doc. 28 |
| 77 | 17-cv-1015 | Longhini | Conger/Sheskin/Lopez/Rodriguez | Order to Strike | DCI | 11/29/2017 | Doc. 31 |
| 78 | 17-cv-1016 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order | GJK | 7/6/2017 | Doc. 10 |
| 79 | 17-cv-1016 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order | RBD | 7/21/2017 | Doc. 12 |
| 80 | 17-cv-1016 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order | GJK | 8/21/2017 | Doc. 16 |
| 81 | 17-cv-1016 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order to Strike | GJK | 8/25/2017 | Doc. 19 |
| 82 | 17-cv-1016 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | OTSC | RBD | 1/9/2018 | Doc. 28 |
| 83 | 17-cv-1019 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | OTSC | PGB | 6/28/2017 | Doc. 7 |
| 84 | 17-cv-1019 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order to Strike | TBS | 11/29/2017 | Doc. 28 |
| 85 | 17-cv-1019 | Longhini | Conger/Sheskin/Lopez/Rodriguez/Christine | Order to Strike | TBS | 12/1/2017 | Doc. 30 |
| 86 | 17-cv-1020 | Longhini | Conger/Sheskin/Lopez/Rodriguez | OTSC | GAP | 6/28/2017 | Doc. 5 |
| 87 | 17-cv-1020 | Longhini | Conger/Sheskin/Lopez/Rodriguez | OTSC | GAP | 9/29/2017 | Doc. 13 |
| 88 | 17-cv-1020 | Longhini | Conger/Sheskin/Lopez/Rodriguez | Order | GAP | 10/17/2017 | Doc. 16 |
| 89 | 17-cv-1021 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | Order | KRS | 8/21/2017 | Doc. 19 |
| 90 | 17-cv-1021 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | OTSC | RBD | 11/16/2017 | Doc. 26 |
| 91 | 17-cv-1021 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | Order to Strike | KRS | 11/30/2017 | Doc. 30 |
| 92 | 17-cv-1047 | Kennedy | Finesilver/Bacon | Order | RBD | 6/12/2017 | Doc. 7 |
| 93 | 17-cv-1047 | Kennedy | Finesilver/Bacon | Order on Motion to Dismiss | RBD | 9/25/2017 | Doc. 25 |
| 94 | 17-cv-1048 | Houston | Enfield/Bacon | Order to Strike | RBD | 7/27/2017 | Doc. 22 |

| # | Case | Plaintiff | Defendant | Type | Judge | Date | Doc |
|---|---|---|---|---|---|---|---|
| 95 | 17-cv-1057 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | Order | KRS | 8/21/2017 | Doc. 18 |
| 96 | 17-cv-1057 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | Order | KRS | 11/29/2017 | Doc. 27 |
| 97 | 17-cv-1057 | Longhini | Conger/Sheskin/Lopez/Leveille/Rodriguez | Order on Motion to Dismiss | RBD | 1/5/2018 | Doc. 33 |
| 98 | 17-cv-1069 | Longhini | Menocal/Perez | OTSC | CEM | 7/3/2017 | Doc. 8 |
| 99 | 17-cv-1070 | Longhini | Menocal/Perez | OTSC | RBD | 3/30/2018 | Doc. 14 |
| 100 | 17-cv-1071 | Longhini | Menocal/Perez | RR for Amended Complaint (Adopted) | TBS/GAP | 7/12/2017, 7/27/2017 | Docs. 14, 22 |
| 101 | 17-cv-1071 | Longhini | Menocal/Perez | OTSC | GAP | 10/25/2017 | Doc. 41 |
| 102 | 17-cv-1082 | Houston | Enfield/Bacon | RR on Motion for Default Judgment (Adopted) | DCI/RBD | 11/30/2017, 3/15/2018 | Doc. 16 |
| 103 | 17-cv-1183 | Kennedy | Failey/Bacon | Order to Strike | GAP | 8/22/2017 | Doc. 18 |
| 104 | 17-cv-1185 | Kennedy | Failey | Order to Strike | PGB | 8/30/2017 | Doc. 13 |
| 105 | 17-cv-1186 | Kennedy | Finesilver/Bacon | OTSC | PGB | 7/17/2017 | Doc. 8 |
| 106 | 17-cv-1186 | Kennedy | Finesilver/Bacon | OTSC | PGB | 12/5/2017 | Doc. 20 |
| 107 | 17-cv-1186 | Kennedy | Finesilver/Bacon | Order | DCI | 2/28/2018 | Doc. 24 |
| 108 | 17-cv-1186 | Kennedy | Finesilver/Bacon | OTSC | PGB | 3/5/2018 | Doc. 25 |
| 109 | 17-cv-1188 | Kennedy | Finesilver/Bacon | OTSC | CEM | 11/27/2017 | Doc. 10 |
| 110 | 17-cv-1188 | Kennedy | Finesilver/Bacon | Order | TBS | 2/28/2018 | Doc. 16 |
| 111 | 17-cv-1189 | Kennedy | Cullen/Bacon | OTSC | PGB | 7/17/2017 | Doc. 9 |
| 112 | 17-cv-1229 | Longhini | Menocal/Perez | Order | DCI | 12/11/2017 | Doc. 22 |
| 113 | 17-cv-1231 | Longhini | Menocal/Perez | OTSC | GAP | 9/29/2017 | Doc. 8 |
| 114 | 17-cv-1231 | Longhini | Menocal/Perez | Order | GAP | 10/26/2017 | Doc. 11 |
| 115 | 17-cv-1276 | Kennedy | Enfield/Failey/Bacon | Order to Strike | KRS | 10/4/2017 | Doc. 18 |
| 116 | 17-cv-1315 | Kennedy | Cullen | OTSC | GAP | 12/18/2017 | Doc. 7 |
| 117 | 17-cv-1315 | Kennedy | Cullen | Order | DCI | 12/19/2017 | Doc. 10 |
| 118 | 17-cv-1403 | Kennedy | Failey | OTSC | RBD | 12/5/2017 | Doc. 13 |
| 119 | 17-cv-1443 | Longhini | Conger/Sheskin/Lopez/Leveille | Order | CEM | 10/5/2017 | Doc. 14 |
| 120 | 17-cv-1443 | Longhini | Conger/Sheskin/Lopez/Leveille | Order | CEM | 10/5/2017 | Doc. 15 |
| 121 | 17-cv-1443 | Longhini | Conger/Sheskin/Lopez/Leveille | Order to Strike | GJK | 11/29/2017 | Doc. 25 |
| 122 | 17-cv-1444 | Longhini | Conger/Sheskin/Lopez | Order | KRS | 8/21/2017 | Doc. 7 |
| 123 | 17-cv-1444 | Longhini | Conger/Sheskin/Lopez | Order on Motion to Dismiss | RBD | 9/20/2017 | Doc. 16 |
| 124 | 17-cv-1445 | Longhini | Conger/Sheskin/Lopez/Leveille | Order | KRS | 8/21/2017 | Doc. 6 |
| 125 | 17-cv-1445 | Longhini | Conger/Sheskin/Lopez/Leveille | OTSC | GAP | 8/30/2017 | Doc. 14 |
| 126 | 17-cv-1445 | Longhini | Conger/Sheskin/Lopez/Leveille | OTSC | GAP | 9/29/2017 | Doc. 19 |
| 127 | 17-cv-1577 | Kennedy | Brown/Bacon | Order | DCI | 12/27/2017 | Doc. 9 |
| 128 | 17-cv-1651 | Longhini | Menocal/Perez | Order to Strike | GAP | 10/25/2017 | Doc. 8 |
| 129 | 17-cv-1651 | Longhini | Menocal/Perez | OTSC | GAP | 2/20/2018 | Doc. 10 |
| 130 | 17-cv-1949 | Kennedy | Failey | RR on Motion for Default Judgment (Pending) | TBS | 2/20/2018 | Doc. 17 |
| 131 | 17-cv-1986 | Kennedy | Mittelberg | OTSC | GAP | 12/18/2017 | Doc. 7 |
| 132 | 17-cv-1987 | Kennedy | Mittelberg/Failey/Bacon | OTSC | GAP | 12/18/2017 | Doc. 6 |
| 133 | 17-cv-2014 | Kennedy | Brown/Bacon | RR on Motion for Default Judgment (Adopted) | TBS/RBD | 2/16/2018, 3/5/2018 | Docs. 14; 16 |
| 134 | 17-cv-207 | Kennedy | Cullen/Bacon | OTSC | DCI | 2/8/2017 | Doc. 7 |
| 135 | 17-cv-2093 | Longhini | Menocal/Perez | RR for Amended Complaint (Adopted) | TBS/RBD | 1/4/2018, 2/7/2018 | Docs. 19, 27 |
| 136 | 17-cv-2102 | Kennedy | Finesilver/Bacon | OTSC | ACC | 12/12/2017 | Doc. 3 |
| 137 | 17-cv-2102 | Kennedy | Finesilver/Bacon | OTSC | KRS | 12/19/2017 | Doc. 4 |
| 138 | 17-cv-2111 | Kennedy | Failey/Bacon | OTSC | GAP | 2/8/2018 | Doc. 19 |
| 139 | 17-cv-2129 | Longhini | Menocal/Perez | Order | TBS | 2/22/2018 | Doc. 16 |
| 140 | 17-cv-2129 | Longhini | Menocal/Perez | OTSC | TBS | 3/2/2018 | Doc. 17 |
| 141 | 17-cv-2129 | Longhini | Menocal/Perez | Order to Strike | TBS | 3/19/2018 | Doc. 19 |
| 142 | 17-cv-2157 | Kennedy | Cullen/Bacon | Order | TBS | 2/16/2018 | Doc. 17 |

| # | Case | Judge | Parties | Type | Initials | Date | Doc |
|---|---|---|---|---|---|---|---|
| 143 | 17-cv-2160 | Longhini | Menocal/Perez | Order to Strike | ACC | 2/8/2018 | Doc. 15 |
| 144 | 17-cv-2160 | Longhini | Menocal/Perez | Order to Strike | ACC | 2/8/2018 | Doc. 17 |
| 145 | 17-cv-2192 | Longhini | Menocal/Perez | OTSC | DCI | 3/15/2018 | Doc. 35 |
| 146 | 17-cv-271 | Kennedy | Finesilver/Bacon | OTSC | JA | 8/14/2017 | Doc. 24 |
| 147 | 17-cv-284 | Kennedy | Finesilver/Bacon | OTSC | CEM | 3/13/2017 | Doc. 6 |
| 148 | 17-cv-303 | Kennedy | Cullen/Bacon | OTSC | PGB | 3/16/2017 | Doc. 7 |
| 149 | 17-cv-419 | Kennedy | Brown/Bacon | Order | CEM | 10/19/2017 | Doc. 44 |
| 150 | 17-cv-419 | Kennedy | Brown/Bacon | Order | CEM | 1/9/2018 | Doc. 56 |
| 151 | 17-cv-421 | Kennedy | Brown/Bacon | OTSC | CEM | 5/1/2017 | Doc. 18 |
| 152 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | OTSC | ACC | 8/11/2017 | Doc. 22 |
| 153 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | Order | KRS | 8/21/2017 | Doc. 25 |
| 154 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | OTSC | ACC | 8/29/2017 | Doc. 29 |
| 155 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | OTSC | ACC | 9/19/2017 | Doc. 31 |
| 156 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | Order to Strike | ACC | 1/4/2018 | Doc. 41 |
| 157 | 17-cv-448 | Kennedy | Conger/Sheskin/Lopez/Viego/Leveille/Rodriguez | Order | ACC | 1/24/2018 | Doc. 42 |
| 158 | 17-cv-449 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 31 |
| 159 | 17-cv-449 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 8/29/2017 | Doc. 35 |
| 160 | 17-cv-449 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 9/19/2017 | Doc. 36 |
| 161 | 17-cv-449 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | ACC | 1/24/2018 | Doc. 42 |
| 162 | 17-cv-450 | Kennedy | Conger/Sheskin/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 30 |
| 163 | 17-cv-450 | Kennedy | Conger/Sheskin/Viego/Rodriguez | OTSC | ACC | 12/7/2017 | Doc. 36 |
| 164 | 17-cv-450 | Kennedy | Conger/Sheskin/Viego/Rodriguez | Order | ACC | 1/24/2018 | Doc. 39 |
| 165 | 17-cv-452 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 23 |
| 166 | 17-cv-452 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 12/7/2017 | Doc. 28 |
| 167 | 17-cv-452 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | ACC | 1/24/2018 | Doc. 32 |
| 168 | 17-cv-453 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | KRS | 8/21/2017 | Doc. 25 |
| 169 | 17-cv-453 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | OTSC | ACC | 12/7/2017 | Doc. 31 |
| 170 | 17-cv-453 | Kennedy | Conger/Sheskin/Lopez/Viego/Rodriguez | Order | ACC | 1/24/2018 | Doc. 34 |
| 171 | 17-cv-454 | Kennedy | Sheskin/Viego/Lopez | RR on Compliant to Sever (Adopted) | KRS, GAP | 3/23/2017, 4/24/2017 | Docs. 6, 23 |
| 172 | 17-cv-454 | Kennedy | Sheskin/Viego/Lopez | Order | KRS | 8/21/2017 | Doc. 28 |
| 173 | 17-cv-454 | Kennedy | Sheskin/Viego/Lopez | OTSC | GAP | 8/30/2017 | Doc. 30 |
| 174 | 17-cv-454 | Kennedy | Sheskin/Viego/Lopez | Order | GAP | 9/20/2017 | Doc. 31 |
| 175 | 17-cv-455 | Longhini | Rodriguez/Sheskin/Viego | Order | DCI | 5/16/2017 | Doc. 19 |
| 176 | 17-cv-455 | Longhini | Rodriguez/Sheskin/Viego | OTSC | GAP | 7/18/2017 | Doc. 20 |
| 177 | 17-cv-488 | Longhini | Rodriguez/Sheskin/Viego | RR on Compliant to Sever (Adopted) | KRS, GAP | 3/27/2017, 5/2/2017 | Docs. 11, 47 |
| 178 | 17-cv-488 | Longhini | Rodriguez/Sheskin/Viego | Order | GAP | 5/22/2017 | Doc. 49 |
| 179 | 17-cv-547 | Longhini | Rodriguez/Sheskin/Viego | RR on Compliant to Sever (Adopted) | KRS, GAP | 4/7/2017, 5/10/2017 | Docs. 7, 16 |
| 180 | 17-cv-547 | Longhini | Rodriguez/Sheskin/Viego | Order | GAP | 5/25/2017 | Doc. 20 |
| 181 | 17-cv-547 | Longhini | Rodriguez/Sheskin/Viego | Order | KRS | 8/21/2017 | Doc. 22 |
| 182 | 17-cv-548 | Kennedy | Rodriguez/Sheskin/Viego | Order | RBD | 8/15/2017 | Doc. 35 |
| 183 | 17-cv-549 | Kennedy | Rodriguez/Sheskin/Viego/Lopez | Order on Motion to Dismiss | RBD | 6/15/2017 | Doc. 24 |
| 184 | 17-cv-550 | Kennedy | Rodriguez/Sheskin/Viego | OTSC | GAP | 6/5/2017 | Doc. 24 |
| 185 | 17-cv-550 | Kennedy | Rodriguez/Sheskin/Viego | Order | GAP | 6/27/2017 | Doc. 27 |
| 186 | 17-cv-591 | Kennedy | Cullen/Bacon | OTSC | GAP | 12/5/2017 | Doc. 15 |
| 187 | 17-cv-593 | Kennedy | Cullen/Bacon | OTSC | CEM | 10/2/2017 | Doc. 15 |
| 188 | 17-cv-595 | Kennedy | Finesilver/Bacon | OTSC | GAP | 6/1/2017 | Doc. 12 |
| 189 | 17-cv-634 | Kennedy | Enfield/Bacon | RR on Motion for Default Judgment (Adopted) | DCI/RBD | 11/22/2017, 2/9/2018 | Docs. 16; 18 |
| 190 | 17-cv-640 | Kennedy | Cullen/Bacon | Order | KRS | 9/13/2017 | Doc. 19 |

| # | Case | Judge | Parties | Document Type | Initials | Date | Doc |
|---|---|---|---|---|---|---|---|
| 191 | 17-cv-641 | Kennedy | Cullen/Bacon | OTSC | RBD | 9/18/2017 | Doc. 12 |
| 192 | 17-cv-732 | Kennedy | Finesilver/Bacon | Order on Motion to Dismiss | PGB | 7/13/2017 | Doc. 17 |
| 193 | 17-cv-732 | Kennedy | Finesilver/Bacon | OTSC | PGB | 8/30/2017 | Doc. 21 |
| 194 | 17-cv-732 | Kennedy | Finesilver/Bacon | RR on Motion to Dismiss (Adopted) | GJK/PGB | 11/6/2017, 2/9/2018 | Docs. 30; 33 |
| 195 | 17-cv-734 | Kennedy | Finesilver/Bacon | Order | RBD | 5/3/2017 | Doc. 8 |
| 196 | 17-cv-735 | Kennedy | Finesilver/Bacon | OTSC | DCI | 6/2/2017 | Doc. 10 |
| 197 | 17-cv-735 | Kennedy | Finesilver/Bacon | Order | GAP | 12/4/2017 | Doc. 21 |
| 198 | 17-cv-74 | Kennedy | Cullen/Bacon | Order on Motion to Dismiss | ACC | 5/11/2017 | Doc. 35 |
| 199 | 17-cv-757 | Kennedy | Finesilver/Bacon | Order | RBD | 5/3/2017 | Doc. 6 |
| 200 | 17-cv-757 | Kennedy | Finesilver/Bacon | Order to Sever | RBD | 6/5/2017 | Doc. 17 |
| 201 | 17-cv-780 | Kennedy | Finesilver/Bacon | Order | RBD | 10/3/2017 | Doc. 16 |
| 202 | 17-cv-844 | Kennedy | Finesilver/Bacon | Order | RBD | 11/6/2017 | Doc. 16 |
| 203 | 17-cv-89 | Kennedy | Cullen/Bacon | RR on Motion to Dismiss (Adopted) | TBS/PGB | 7/26/2017, 8/14/2017 | Docs. 34; 35 |
| 204 | 17-cv-89 | Kennedy | Cullen/Bacon | Order | TBS | 10/17/2017 | Doc. 42 |
| 205 | 17-cv-89 | Kennedy | Cullen/Bacon | Order on Motion to Dismiss | PGB | 12/22/2017 | Doc. 46 |
| 206 | 17-cv-90 | Kennedy | Cullen/Bacon | OTSC | JA | 7/24/2017 | Doc. 22 |
| 207 | 17-cv-90 | Kennedy | Cullen/Bacon | OTSC | KRS | 9/6/2017 | Doc. 30 |
| 208 | 17-cv-964 | Kennedy | Enfield/Bacon | Order | GAP | 10/25/2017 | Doc. 24 |
| 209 | 17-cv-985 | Longhini | Menocal/Perez | Order | RBD | 11/8/2017 | Doc. 19 |
| 210 | 17-cv-986 | Longhini | Menocal/Perez | OTSC | GAP | 6/21/2017 | Doc. 6 |
| 211 | 17-cv-986 | Longhini | Menocal/Perez | Order on Motion to Dismiss | GAP | 8/22/2017 | Doc. 19 |
| 212 | 17-cv-987 | Longhini | Menocal/Perez | OTSC | PGB | 11/3/2017 | Doc. 23 |
| 213 | 17-cv-987 | Longhini | Menocal/Perez | Order on Motion to Dismiss | PGB | 3/13/2018 | Doc. 28 |
| 214 | 17-cv-988 | Longhini | Menocal/Perez | OTSC | PGB | 6/23/2017 | Doc. 6 |
| 215 | 18-cv-318 | Longhini | Menocal/Perez | OTSC | DCI | 3/15/2018 | Doc. 14 |
| 216 | 18-cv-320 | Longhini | Menocal/Perez | OTSC | DCI | 3/15/2018 | Doc. 8. |
| 217 | 18-cv-322 | Kennedy | Cullen | Order | GAP | 3/6/2018 | Doc. 5 |