UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 6:18-cv-14-GAP-DCI

In Re: ADA cases,

_____

**MOTION TO BE EXCUSED FROM PARTICIPATING IN COURT PROCEEDINGS FILED ON BEHALF OF MICHAEL CULLEN, III**

Philip Michael Cullen, III, hereby requests to be excused from participating in Court proceedings including meeting any filing deadlines that may occur or attending hearings that may be scheduled during the period of July 13, 2018 through July 21, 2018. This request is being made for the following reasons.

1. The undersigned has long standing, and in large part, pre-paid, vacation plans during the time period set forth above. A portion of that vacation will be spend outside the country.

2. While there are presently no impending deadlines or scheduled hearings, this request is being made in an abundance of caution.

3. This Motion is being filed in goof faith and not for purposes of delay.

**Statement Regarding Local Rule 3.01(g) Certification**

Local Rule 3.01(g) requires that this moving party confer with "counsel for the opposing party." While there are many other attorneys referenced in the instant action, none of them constitute an "opposing party." Nor do they have any interest at issue with regard to the undersigned's motion or response. Rather, the response of every attorney listed in the docket is strictly between that attorney and this Court. Therefore, the undersigned has interpreted the express terms of this rule to not require that any other attorneys be consulted. The Court's

attention is directed to the similar certification included in the Motion to Exceed Page Limit filed by Thomas B. Bacon, and Thomas B. Bacon, P.A. [D.E. 7], and this Court's subsequent order granting that motion [D.E. 8].

**WHEREFORE,** the undersigned requests to be excused from participating in Court proceedings during the time period ste forth above.

**I HEREBY CERTIFY** that, on June 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

s/ *Philip Michael Cullen, III*
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com