# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: ADA Cases                                        Case No: 6:18-mc-14-Orl-31DCI

## ORDER

On June 25, 2018, attorneys Philip Michael Cullen, III, Joshua H. Sheskin, Alfredo Garcia-Menocal, and Anthony J. Perez filed the following motions, respectively:

- Motion to be Excused from Participating in Court Proceedings Filed on Behalf of Michael Cullen, III (Doc. 23)

- Motion to be Excused from Participating in Court Proceedings from July 20th – 30th 2018 Filed on Behalf of Joshua Sheskin (Doc. 24)

- Motion to be Excused from Participating in Court Proceedings Filed on Behalf of Alfredo Garcia-Menocal (Doc. 25)

- Motion to be Excused from Participating in Court Proceedings Filed on Behalf of Anthony J. Perez (Doc. 26).

(collectively the Motions). Each of these Motions asks the Court to excuse the subject of the motion from participating in Court proceedings for a period of time due to pre-planned vacations. *See* Docs. 23; 24; 25; 26.

Although couched as motions, the Motions are in essence notices of unavailability. But the Court does not recognize notices of unavailability. As such, the Motions are due to be denied. However, in the event that a conflict arises based upon the attorneys' pre-planned vacations, the attorneys may request an extension of time to the extent that the requested extension is supported by good cause.

Accordingly, it is **ORDERED** that the Motions (Docs. 23; 24; 25; 26) are **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record