UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: ADA Cases                             Case No.: 6:18-MC-14-Orl-31DCI

**MOTION FOR CONTINUANCE OF SHOW CAUSE HEARING BY THOMAS B. BACON AND THOMAS B. BACON, P.A.**

Thomas B. Bacon, individually and on behalf of Thomas B. Bacon, P.A., hereby requests a continuance of the hearing scheduled for August 14, 2018 at 2:00 by Order of this Court dated July 10, 2018, DE 29, and states as follows:

1. The undersigned has a longstanding family vacation planned for the week of August 12-19.  This was coordinated with other members of the undersigned's immediate family members who are not available any other dates. Moreover, reservations and travel arrangements have already been made and pre-paid. This is the only family vacation this year in which the undersigned is participating.

2. While the undersigned would normally have filed a notice of unavailability in advance, this Court does not allow for the same and issued negative orders with respect to such notices filed by other attorneys in this action.

3. This motion is being filed in good faith and not for the purpose of delay.

WHEREFORE, the undersigned respectfully requests that the hearing be rescheduled to anytime after August 20, 2018.

**Statement Re: L.R. 3.01(g) Certification**

Local Rule 3.01(g) requires that this moving party confer with "counsel for the opposing

1

party". While there are many other attorneys referenced in the instant action, none of them constitute an "opposing party". Nor do they have any interest at issue with regard to the undersigned's motion or response. Rather, the response of every attorney listed in the docket is strictly between that attorney and this Court. Therefore, the undersigned has interpreted the express terms of this rule to not require that any other attorneys be conferred with.

          Respectfully Submitted,

          By: /s/ Thomas B. Bacon

          Thomas B. Bacon
          Thomas B. Bacon, P.A.
          644 N. Mc Donald Street
          Mt. Dora, FL 32727
          Tbb@thomasbaconlaw.com
          FBN: 139262

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record this 10th day of July, 2018.

          By: /s/ Thomas B. Bacon