# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: ADA Cases**

**THOMAS A. BACON PA, et. al.**
       **Interested Parties**

**Case No: 6:18-mc-14-Orl-31DCI**

| UNITED STATES MAGISTRATE JUDGE | Daniel C. Irick | INTERESTED PARTIES (SELF-REPRESENTED): | Ayesa Conger<br>Rafael Viego, III<br>Mario Elias Lopez<br>Michael Christine<br>Joshua Howard Sheskin<br>William Thomas Leveille, II<br>Eric Rodriguez |
|---|---|---|---|
| DEPUTY CLERK: | Nativelis Rodriguez | | |
| RECORDING | Audio Recording | | |
| DATE/TIME:<br>TOTAL TIME: | August 14, 2018<br>10:38AM-12:55PM<br>2 hrs 17 minutes | | |

# CLERK'S MINUTES
# SHOW CAUSE HEARING, #4

Case called, appearances made, procedural setting by the Court.
Show Cause Hearing held re Order #4.
Court addresses parties.
Parties made arguments.
Court to issue R&R to the District Judge.
Court adjourned.