# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: ADA Cases**

**THOMAS A. BACON PA, et. al.**
       **Interested Parties**

Case No:  6:18-mc-14-Orl-31DCI

| UNITED STATES MAGISTRATE JUDGE | Daniel C. Irick | INTERESTED PARTIES (SELF-REPRESENTED): | Philip Michael Cullen , III<br>Aaron Finesilver<br>Christine N. Failey<br>Nadine AnnMarie Brown<br>Andrew Cohen Enfield |
|---|---|---|---|
| DEPUTY CLERK: | Nativelis Rodriguez | | |
| RECORDING | Audio Recording | | |
| DATE/TIME:<br>TOTAL TIME: | August 14, 2018<br>2:01-3:17PM<br>1 hr 16 minutes | | |

## CLERK'S MINUTES
## SHOW CAUSE HEARING, #4

Case called, appearances made, procedural setting by the Court.
Show Cause Hearing held re Order #4.
Court addresses parties.
Parties made arguments.
Court to issue R&R to the District Judge.
Court adjourned.