**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: ADA Cases

**THOMAS A. BACON PA, et. al.**
      **Interested Parties**

Case No: 6:18-mc-14-Orl-31DCI

| UNITED STATES MAGISTRATE JUDGE | Daniel C. Irick | INTERESTED PARTIES (SELF-REPRESENTED): | Anthony J. Perez<br>Alfredo M. Garcia-Menocal |
|---|---|---|---|
| DEPUTY CLERK: | Nativelis Rodriguez | | |
| RECORDING | Audio Recording | | |
| DATE/TIME:<br><br>TOTAL TIME: | August 14, 2018<br>9:56-10:47AM<br>51 minutes | | |

**CLERK'S MINUTES**
**SHOW CAUSE HEARING, #4**

Case called, appearances made, procedural setting by the Court.
Show Cause Hearing held re Order #4.
Court addresses parties.
Parties made arguments.
Court to issue R&R to the District Judge.
Court adjourned.