# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: ADA Cases**

**THOMAS A. BACON PA, et. al.**
    **Interested Parties**

**Case No: 6:18-mc-14-Orl-31DCI**

| UNITED STATES MAGISTRATE JUDGE | Daniel C. Irick | INTERESTED PARTIES (SELF-REPRESENTED): | Thomas A. Bacon PA, et. al. |
|---|---|---|---|
| DEPUTY CLERK: | Nativelis Rodriguez | | |
| RECORDING | Audio Recording | | |
| DATE/TIME:<br>TOTAL TIME: | August 21, 2018<br>9:59-10:47AM<br>48 minutes | | |

## CLERK'S MINUTES
## SHOW CAUSE HEARING, #4

Case called, appearances made, procedural setting by the Court.
Show Cause Hearing held re Order #4.
Court addressed counsel.
Counsel makes arguments.
Court to issue R&R to the District Judge.
Court adjourned.