UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: ADA Cases                          Case No.: 6:18-MC-14-Orl-31DCI

**NOTICE BY THOMAS B. BACON AND**
**THOMAS B. BACON, P.A.**

Thomas B. Bacon, individually and on behalf of Thomas B. Bacon, P.A., hereby Notify this Court that on November 21, 2018, Judge Irick issued two orders denying motions filed for failure to comply with Local Rule 3.01 in the case of Kennedy v. BG's Group, Inc., 6:17-cv-661-JA-DCI, at DE 38 and 39.

The undersigned submits that this motions were filed by Philip Cullen without informing the undersigned that he would be doing so.

Respectfully Submitted,

By: /s/ Thomas B. Bacon

Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. Mc Donald Street
Mt. Dora, FL 32727
Tbb@thomasbaconlaw.com
FBN: 139262

**Certificate of Service**
I hereby certify that a true and correct copy of the foregoing was served on all counsel of record this 22nd day of November, 2018.

By: /s/ Thomas B. Bacon