UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 6:18-cv-14-GAP-DCI

In Re: ADA cases,

_____

**NOTICE BY PHILIP MICHAEL CULLEN, III.**

Philip Michael Cullen, III, in the alternative and in abundance of caution, hereby notifies the Court of the following:

1. The Report and Recommendation of the Magistrate Judge recommended that the undersigned be required to report any time a judge in "this Division enters an order against them or their client ... based in whole or in part on a failure to comply with the ... Local Rules, ..." [D.E. 46, p. 21, ¶ b]. That report has yet to be adopted by the Court and the undersigned intends objecting.

2. On November 21, 2018, the Magistrate Judge denied two motions for writs of garnishment based on non-compliance with the Local Rules, *Kennedy v. BG's*, case no: 6:17-cv-661-JA-DCI [D.E. 38 & 39]. Under Rule 69(a)(1), *Fed.R.Civ.P.*, garnishment is controlled by state law, *See, also,* Local Rule 1.01 (d). In addition, motions for garnishment after judgment may be filed under seal.

3. Both motions were filed independently and without Mr. Bacon's knowledge, *see* [D.E. 47] .

**[CERTIFICATE OF SERVICE FOLLOWS]**

HEREBY CERTIFY THAT I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

s/ *Philip Michael Cullen, III*
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com
