**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: ADA Cases                                                                                   6:18-mc-14-Orl-31DCI

## ORDER

On November 13, 2018, Magistrate Judge Irick issued a Report and Recommendation in this case (Doc. 46). In part, Judge Irick recommended that the Order to Show Cause be discharged as to Barry Mittleberg, Nadine Brown, Ayesa Conger, Andrew C. Enfield, Aaron Finesilver, and Eric Matthew Rodriguez (*Id*., p. 21). There being no objection to this portion of the Report and Recommendation, it is

**ORDERED** that the Order to Show Cause (Doc. 4) is hereby DISCHARGED as to these parties, with no further action to be taken against them.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 4, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party