**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In Re: ADA Cases**

Case No: 6:18-mc-14-Orl-31DCI

## ORDER

On November 13, 2018, Magistrate Judge Irick issued a Report and Recommendation in this case (Doc. 46). A portion of that Report concerned Federal Legal Advocates, LLC (FLA, LLC) and its attorneys: Messrs. Lopez, Christine and Leveille (the "FLA attorneys").[1] In his report, Judge Irick found that Mr. Lopez should be admonished and that each of the FLA attorneys should be subject to temporary Court oversight. FLA, LLC and the FLA attorneys have filed objections to the Report and Recommendation.

1. <u>Mario E. Lopez and FLA, LLC</u>.

In his Report, Judge Irick found that Mr. Lopez should be sanctioned for repeatedly failing to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. Judge Irick concluded that as a supervising attorney at FLA, LLC, Mr. Lopez failed to meet his supervisory responsibilities. Finally, Judge Irick noted that since entry of the Order to Show Cause, Mr. Lopez has had multiple negative orders entered against him and the attorneys he supervises.

In his objection to the Report and Recommendation (Doc. 51), Mr. Lopez requests clarification and seeks relief from the sanctions. With respect to clarification, the notice

---

[1] Judge Irick recommended that the Order to Show Cause be discharged as to Ayesa Conger and Eric Rodriguez.

provision at pages 20-21 of the Report and Recommendation pertains to an order against the lawyer or a client represented by that lawyer in a case before this Court. The seven-day time limit will be extended to ten days.

With respect to the admonishment, Mr. Lopez represents that FLA, LLC and its attorneys are in the process of resolving all ADA cases and have no intention of filing any other ADA cases in the Middle District of Florida. Accordingly, the monitoring requirement of Doc. 46, ¶V2 will terminate upon the filing by Mr. Lopez of a declaration in this case confirming that all ADA cases in this district have been resolved, and that neither he nor any other FLA attorney will file any other ADA case in this district within one year from the date of this Order. The admonishment is CONFIRMED and will be administered as recommended by Judge Irick.

2. Michael Christine.

Judge Irick noted that Mr. Christine was not the subject of any negative orders prior to issuance of the Order to Show Cause, but he has had two negative Orders for noncompliance entered against him since the Order to Show Cause was issued. In his objection (Doc. 48), Mr. Christine notes that he is the attorney of record in only three active lawsuits in this district[2] and that he filed only one case in 2018. Furthermore, Mr. Christine represents that he has no intention of filing any additional lawsuits in the Middle District of Florida. In light of these facts and his representations, Mr. Christine will be relieved of any oversight requirements once these three cases are closed.

---

[2] (a) *Longhini v. Intercontinental Realty Endeavors, LLC,*, Case No. 3:17-cv-00632-MMH-PDB; (b) *Longhini v. Rayan and Assocs., Inc.*, Case No. 6:17-cv-1016-Orl-37GJK; and (c) *Seiger v. Phillip et al.*, Case No. 8:16-cv-01456-MSS-JSS.

3. <u>William T. Leveille, II</u>.

In his Report and Recommendation, Judge Irick noted that Mr. Leveille had an Order to Show Cause entered against him approximately four months after he became a member of the bar of this Court, and that he has had two negative Orders entered against him since the Order to Show Cause in this case was entered. In his objection (Doc. 52), Mr. Leveille points out that he was hired by FLA, LLC due to the dismissal/resignations of the prior legal staff and that he attempted to resolve the numerous negative orders he inherited. In further mitigation, Mr. Leveille notes that he has never filed an ADA case in the Middle District of Florida, and has no intention of doing so in the future. In light of the foregoing, once Mr. Leveille's pending ADA cases are resolved, he will be relieved of any further reporting requirements.

It is, therefore **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Irick (Doc. 46), with respect to Federal Legal Advocates, LLC, Mario Lopez, Michael Christine, and William Leveille is CONFIRMED and ADOPTED as part of this Order.

2. Mario Lopez is hereby ADMONISHED to follow the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Orders.

3. Mario Lopez, Michael Christine, and William Leveille shall abide by the oversight reporting requirements set forth in paragraph V of the Report and Recommendation until such time as all their ADA cases in this District are resolved.

4. The Report and Recommendation is clarified as provided above and the reporting period (Report and Recommendation paragraph V(2)(b)) is extended to ten (10) days after entry of a negative order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 29, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party