**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In Re: ADA Cases**

Case No:   6:18-mc-14-Orl-31DCI

## ORDER

On November 13, 2018, Magistrate Judge Irick issued a Report and Recommendation in this case (Doc. 46).   The parties were notified therein that they had fourteen days to file written objections and that failure to do so would constitute a waiver of the party's right to challenge the factual findings or legal conclusions contained in the Report and Recommendation.   The following parties have not objected to the Report and Recommendation:   Thomas Bacon, Alfredo Garcia-Menocal, Anthony Perez, Christine Failey, Joshua Sheskin, and Rafael Viego.   Accordingly, it is

**ORDERED** that Thomas Bacon, Alfredo Miguel Garcia-Menocal, and Anthony Perez are ADMONISHED to follow the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Orders.

It is further **ORDERED** that for a period of twelve (12) months from the date of this Order, Thomas Bacon, Christine Failey, Alfredo Miguel Garcia-Menocal, Antony Perez, Joshua Howard Sheskin, and Rafael Viego III shall comply with the reporting requirements of paragraph V(2) of the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 29, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party