# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: ADA Cases**

Case No:   6:18-mc-14-Orl-31DCI

## ORDER

This matter is before the Court on the objection filed by Philip Cullen (Doc. 49) to the Report and Recommendation filed by Judge Irick on November 13, 2018 (Doc. 46).   On January 24, 2019, Judge Dalton overruled the objection to the extent it challenged Judge Dalton's authority to initiate this proceeding and assign it to other judges for resolution (Doc. 54).   As the presiding judge in this cases, Mr. Cullen's remaining objection is my responsibility.

In regard to the Court's authority to conduct the proceedings, Judge Irick cited the Court's inherent authority and Local Rule 2.04(a).   (Doc. 46, p. 5-6).   In his objection, Mr. Cullen contends that the record does not support a finding of "bad faith," which is "the key to unlocking a court's inherent power. . . ."   *Barnes v. Dalton*, 158 F.3d 112, 1214 (11th Cir. 1998).   It is clear, however, that ultimately, Judge Irick relied on Rule 2.04(a) for his authority to sanction Mr. Cullen, and Mr. Cullen cites no authority that undermines the application of Rule 2.04(a). Accordingly, it is

**ORDERED** that the remaining portion of the objection is OVERRULED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 29, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party