# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: ADA Cases**

Case No: 6:18-mc-14-Orl-31DCI

## ORDER

On March 27, 2020, the United States Magistrate Judge issued a report (Doc. 65) recommending that this case be closed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 14, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party